No. 83–945.   UNION OIL COMPANY OF CALIFORNIA *v.* DILLINGHAM TUG & BARGE CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–947.   VANCE *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 83–950.   MOSS *v.* NEWMAN.   C. A. 2d Cir.   Certiorari denied.

No. 83–951.   PERCY ET AL. *v.* BUCKHANON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–952.   UNITED STATES *v.* WILSON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–953.   ROCK *v.* ANTONIO.   Sup. Ct. N. M.   Certiorari denied.

No. 83–959.   HOUGLAND ET AL. *v.* GROSS, AS RECEIVER FOR HOUGLAND BARGE LINE, INC.   C. A. 6th Cir.   Certiorari denied.

No. 83–965.   CLOWARD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–968.   STORNIOLO *v.* GINA KAREN FISHING, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–969.   LUBIN *v.* CRITTENDEN HOSPITAL ASSN. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–980.   REDDING ET AL. *v.* FAIRMAN ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–983.   TAKO ET UX. *v.* MAYER & CIE ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 83–992.   DETROIT HEALTH CORP. ET AL. *v.* BENCE ET AL.   C. A. 6th Cir.   Certiorari denied.